**James H. KNOX**

v.

**STATE.**

No. 27511.

Court of Criminal Appeals of Texas.

March 2, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

It is made to appear, by proper affidavit, that since the appeal of this case the appellant has died.

The appeal is therefore abated.

**Clinton FUNDERBURG**

v.

**STATE.**

No. 27519.

Court of Criminal Appeals of Texas.

March 2, 1955.

No attorney on appeal, for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for violation of the liquor law; the punishment, one year in jail and a fine of $500.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.